IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GARY CLYDE SLUSS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:19-cv-00390 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| SOUTHWEST VIRGINIA | ) |     United States District Judge |
| REGIONAL JAIL-HAYSI, | ) | |
|     Defendant. | ) | |

**MEMORANDUM OPINION**

Plaintiff Gary Clyde Sluss, a Virginia inmate proceeding *pro se,* filed a civil complaint pursuant to 42 U.S.C. § 1983, naming the Southwest Virginia Regional Jail-Haysi (the Jail) as the sole defendant. The court conditionally filed the complaint.

By order entered June 21, 2019, the court advised Sluss that the Jail was not a proper defendant under § 1983 and gave him the opportunity to file an amended complaint within fourteen days. (Dkt. No. 6.) That order warned him that his complaint would be dismissed if he failed to file an amended complaint within fourteen days from the date of the order. (*Id.*)

The order was sent both to his address at the Jail and to the address where he had previously advised he would be living once released from the Jail. (*Id.*) The copy sent to him at the Jail was returned as undeliverable. (Dkt. No. 7.) Sluss filed nothing in response to that order.

On July 23, 2019, the court again directed that the earlier order be sent to Sluss at the address noted in his complaint as his address upon his release. (Dkt. No. 8.) It gave him fourteen days from the entry of the second order to comply. (*Id.*) That fourteen-day period has expired, and Sluss has not filed an amended complaint nor has he sent any other documents to the Clerk.

Because Sluss has failed to comply with the court's order within the time allotted, the court will dismiss his complaint without prejudice.

An appropriate order will be entered.

Entered: August 13, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge